UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| MICHAEL & JODIE HARKINS | ) CHAPTER 13 CASE NO.  05-65546 |
| | ) |
| DEBTORS | ) |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 106000**

      Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $3.75 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtors' case was completed in March 2010 and a refund check was sent to the Debtors in the amount of $3.75 in April, 2010.
3. To date the check remains uncashed.

      WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $3.75 into U.S. Treasury Fund 106000 on behalf of Debtors, Michael and Jodie Harkins, whose last known address was 4144 Central Avenue, Lake Station, IN 46405.

      **/s/    Paul R. Chael**
      Paul R. Chael, Trustee
      Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on July 19, 2010 to the attorney for the debtor and the United States Trustee and to the debtor at **4144 Central Avenue, Lake Station, IN 46405.**

      /s/   Paul R. Chael
      Paul R. Chael, Chapter 13 Trustee
      401 W. 84th Drive, Suite C
      Merrillville, IN 46410
      (219) 650-4015